COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER ON MOTION FOR EN BANC RECONSIDERATION

| | |
|---|---|
| Appellate case name: | Raul Amparo Zuniga Rodriguez and Ana Maria Ortiz Martinez, Individually and as Personal Representatives, and Heirs of the Estate of Raul Amparo Zuniga Ortiz Jr.; and Juana Guadalupe Martinez, as next friend of Sebastian Zuniga and Wendy Zuniga,et al. v. Conway Waak Jr. and Marlene Waak d/b/a Carmine Charolais Ranch and Carmine Charolais Ranch |
| Appellate case number: | 01-17-00755-CV |
| Trial court case number: | 2014V-262 |
| Trial court: | 155th District Court of Fayette County |
| Date motion filed: | September 5, 2018 |
| Party filing motion: | appellees |

It is ORDERED that the motion for en banc reconsideration is DENIED.

Judge's signature: ___/s/ Evelyn V. Keyes_____
                          Acting for the Court

The en banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Date: ___December 31, 2018_____